EARL G. FLORES, trading as EARL WINE COMPANY, Plaintiff in Error, v. BACHMANN-ERRERICK FACTORS CORPORATION, Defendant in Error.

199 So. 763
Division A
Opinion Filed January 14, 1941

*Joseph H. Ross,* for Plaintiff in Error;
*David J. Lewis,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., BUFORD, THOMAS and ADAMS, J. J., concur.

Justices WHITFIELD, BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.